UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

FILE NO.: 4:18-CR-04-1-D

**UNITED STATES OF AMERICA,**

v.

**ORDER ON MOTION TO SEAL**

**JANICE WESTBROOK BOYD,**

    **Defendant.**

FOR GOOD CAUSE SHOWN, the Sentencing Memorandum filed by Counsel on behalf of Janice Westbrook Boyd is hereby placed under seal pursuant to Standing Order 09-SO-2.

This the 13 day of June, 2018.

                              JAMES C. DEVER, III
                              Chief United States District Judge